IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| vs. ) | CR. NO. 2:11cr039-WHA |
| BRADLEY PEMBERTON ) | |

## **ORDER**

No timely objection having been filed to the Report and Recommendation of the Magistrate Judge (Doc. #33), entered on May 9, 2011, the Recommendation is ADOPTED, and it is hereby

ORDERED that the Defendant's Motion to Dismiss (Doc. #19) is DENIED.

DONE this 24th day May, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE